IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Myron Cole, | Civil Action No.: 2:14-cv-13603-LJM-MJH |
| Plaintiff, | |
| v. | |
| Delbert Services Corporation; and DOES 1-10, inclusive, | NOTICE OF WITHDRAWAL WITH PREJUDICE |
| Defendant. | |

NOTICE IS HEREBY GIVEN, by the undersigned, that the above entitled action is voluntary dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs to any party as against the other under the terms of a settlement agreement and general release.

Dated: November 5, 2014

Respectfully submitted,

By: /s/ Sergei Lemberg, Esq.

Sergei Lemberg, Esq
Attorney for Plaintiff Myron Cole
LEMBERG LAW, L.L.C.
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:   (888) 953-6237
Email: slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 5, 2014, a true and correct copy of the foregoing Notice of Withdrawal with Prejudice was served electronically by the U.S. District Court Eastern District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                /s/ Sergei Lemberg_____
                                                      Sergei Lemberg